1  John Lord (Bar No. 216111)
   jlord@onellp.com
2  **ONE LLP**
3  9301 Wilshire Blvd. Penthouse Suite
   Beverly Hills, CA 90210
4  Telephone:  (310) 866-5157
5

6  *Attorneys for Defendants,*
7  CAPSTONE PHOTOGRAPHY, INC.
   AND MICHAEL SKELPS
8

9              **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**
11

| PETER H. WOLF | Case No. 13-CV-09573-CAS-PJW |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** |
| v. | |
| CAPSTONE PHOTOGRAPHY, INC. a Connecticut corporation, MICHAEL SKELPS, an individual, and DOES 1-10, inclusive | DATE: October 13, 2014<br>TIME: 10:00 AM<br>CTRM: 5<br>JUDGE: Hon. Christina A. Snyder |
| Defendants. | |

1
**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that, on October 13, 2014 at 10:00 a.m. in Courtroom 5 of the United States District Court for the Central District of California, at the Spring Street Courthouse, located at 312 N. Spring Street, Los Angeles, California 90012, Court Room 10, before the Honorable Christina A. Snyder, Defendants Capstone Photography, Inc. and Michael Skelps (collectively "Capstone") will and hereby does move the Court for Judgment on the Pleadings on the grounds that the claims of the patents asserted against Capstone are invalid for failure to claim patent-eligible subject matter pursuant to 35 U.S.C. § 101.

Capstone's Motion is and will be based on: this Notice of Motion; the Memorandum of Points and Authorities in support of the Motion; any Reply; and, any oral argument that may be presented at the hearing on this matter.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on September 5, 2014. The parties were unable to reach an agreement on the issues raised in the instant motion.

Dated: September 15, 2014            ONE LLP

By: *J. Lord*

John E. Lord
*Attorneys for Defendants,*
CAPSTONE PHOTOGRAPHY, INC.
AND MICHAEL SKELPS