JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER H. WOLF<br><br>         Plaintiff,<br><br>     v.<br><br>CAPSTONE PHOTOGRAPHY, INC. a Connecticut corporation, MICHAEL SKELPS, an individual, and DOES 1-10, inclusive<br>         Defendants. | Case No. 13-CV-09573-CAS-PJW<br><br>**JUDGMENT**<br><br>**JUDGE:**   Hon. Christina A. Snyder |

On October 28, 2014, the Court issued an order granting defendants' motion for judgment on the pleadings.  Dkt. No. 49.  In accordance with that order, and pursuant to Federal Rule of Civil Procedure 12(c), the Court enters judgment in favor of defendants on plaintiff's First Amended Complaint for infringement of U.S. Patent Nos. 6,985,875; 7,047,214; and 7,870,035.

Dated: October 29, 2014

_____
HONORABLE CHRISTINA A. SNYDER